UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NELSON PAUL NAQUIN**                                   **CIVIL ACTION**

**VERSUS**                                                         **NO. 21-1272**

**LAW OFFICE OF THE**                                   **SECTION: "L" (5)**
**INDIGENT DEFENDER 17TH**
**JUDICIAL DISTRICT COURT**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims against the Law Office of the Indigent Defender 17th Judicial District Court-Parish of Lafourche are dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1).

New Orleans, Louisiana, this _16_ day of _May_, 2022.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**